**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1698**

MAJOR MIKE WEBB, d/b/a Friends for Mike Webb (C00591537), a/k/a Major Mike Webb for Congress (H8VA08167), d/b/a Major Mike Webb for APS Board,

Plaintiff - Appellant,

v.

OFFICE OF MANAGEMENT & BUDGET (OMB); META PLATFORMS INC., a/k/a Facebook, Inc.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:22-cv-00418-DJN)

Submitted:  January 17, 2023                    Decided:  January 19, 2023

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael David Webb, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Major Michael David Webb appeals the district court's order denying his motion to proceed in forma pauperis. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Webb v. Office of Mgmt. & Budget (OMB)*, No. 3:22-cv-00418-DJN (E.D. Va. June 6, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
